UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT ROSE,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A BERRYHILL,<br>　　　　Defendant. | Case No.18-cv-02242-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jeffrey Rose filed this lawsuit pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision by the Commissioner of Social Security ("Commissioner") denying his benefits claim. On July 20, 2018, the Commissioner answered Plaintiff's complaint and filed the certified administrative record triggering Plaintiff's deadline to move for summary judgment. (Dkt. Nos. 7, 12 & 13.) Plaintiff, however, failed to file his motion within 28 days and failed to seek an extension of time to do so. However, a review of other cases in which Plaintiff's counsel, Kenneth Collins, is counsel of record suggests that Mr. Collins is deceased. *See Kotera v. Berryhill*, No. 18-297 SK, Dkt. No. 19 (N.D. Ca. Aug. 31, 2018); *Huff v. Berryhill*, No. 17-4520 RMI, Dkt. No. 27 (N.D. Cal. July 9, 2018).

Accordingly, Plaintiff is ordered to file a notice of intent to proceed pro se or appearance by new counsel by October 31, 2018. In addition, Plaintiff shall file his motion for summary judgment either through new counsel or pro se by November 29, 2018. If Plaintiff fails to respond to this Order, this action may be dismissed for failure to prosecute.

The Clerk shall serve a copy of this Order on Plaintiff at the last address contained in the certified administrative record: P.O. Box 856, Willow Creek, CA 95573.

Plaintiff may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room

2796, Telephone No. (415)-782-8982, for free assistance regarding his claims.

**IT IS SO ORDERED.**

Dated: September 27, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge