UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT ROSE,<br>Plaintiff,<br>v.<br>NANCY A BERRYHILL,<br>Defendant. | Case No.18-cv-02242-JSC<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br>Re: Dkt. No. 14 |

Plaintiff Jeffrey Rose filed this lawsuit pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision by the Commissioner of Social Security ("Commissioner") denying his benefits claim. On July 20, 2018, the Commissioner answered Plaintiff's complaint and filed the certified administrative record triggering Plaintiff's deadline to move for summary judgment. (Dkt. Nos. 7, 12 & 13.) Plaintiff, however, failed to file his motion within 28 days and failed to seek an extension of time to do so. The Court reviewed the other cases in which Plaintiff's counsel, Kenneth Collins, was counsel of record, and discovered that it appeared that Mr. Collins had died. *See Kotera v. Berryhill*, No. 18-297 SK, Dkt. No. 19 (N.D. Ca. Aug. 31, 2018*); Huff v. Berryhill*, No. 17-4520 RMI, Dkt. No. 27 (N.D. Cal. July 9, 2018).

Accordingly, on September 27, 2018, the Court issued an order directing Plaintiff to file a notice of intent to proceed pro se or substitute in new counsel by October 31, 2018. (Dkt. No. 14.) Plaintiff was advised that he could consult the Legal Help Desk for assistance regarding this action and that if he failed to respond to the Order the action could be dismissed for failure to prosecute. The Order was served on Plaintiff at the address contained in the Certified Administrative Record as well as at the address on file with the Court. To date, Plaintiff has not responded to the Order or communicated with the Court in any way.

The Court therefore DISMISSES this action WITHOUT PREJUDICE for failure to prosecute. *See* Fed. R. Civ. Pro. 41(b).

**IT IS SO ORDERED.**

Dated: November 16, 2018

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge